UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID MCDONALD, JAMES SCHEURICH, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:24-cv-01575-RLY-CSW ) |
| TRUSTEES OF INDIANA UNIVERSITY, | ) ) ) |
| Defendant. | ) ) |
| STATE OF INDIANA, | ) ) ) |
| Intervenor. | ) |

**BRIEFING SCHEDULING ORDER**

The parties, having appeared at the scheduling conference of November 7, 2024, and having agreed to the following case management requirements, are hereby ordered as follows:

Discovery relevant to the *Motion for Preliminary Injunction* (Dkt. 12; Dkt. 14 [pre- consolidation *Carr* cause number]) shall commence immediately. Briefing as to that Motion shall proceed on the following schedule:

| | |
|---|---|
| **February 21, 2025** | Plaintiffs' brief in support of Motion |
| **March 21, 2025** | Defendants' and Intervenor's briefs in opposition to Motion |
| **April 11, 2025** | Plaintiffs' reply brief |

The parties have also agreed that a case management plan is not productive

1

at this time. The parties are therefore ordered, within 45 days of this Court's order on the Motion for Preliminary Injunction, to notify the Court as to (1) the status of any appeal; and (2) the parties' positions as to whether a case management plan should be entered at that time.

**SO ORDERED.**

Date: November 13, 2024

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

cc:     All ECF-registered counsel of record

[2]

Case 1:24-cv-01575-RLY-CSW    Document 32    Filed 11/13/24    Page 3 of 3 PageID #: 219