UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID MCDONALD, <br> JAMES SCHEURICH, <br> STEVEN ALAN CARR, and <br> DAVID G. SCHUSTER, <br>     *Plaintiffs*, <br> v. <br> TRUSTEES OF INDIANA UNIVERSITY, in their official capacities, and <br> TRUSTEES OF PURDUE UNIVERSITY, in their official capacities, <br>     *Defendants*, <br><br> STATE OF INDIANA, <br>     *Intervenor*. | Case No. 1:24-cv-01575-RLY-CSW |

**NOTICE OF UNIVERSITY DEFENDANTS' FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS**

In accordance with S.D. Ind. L.R. 6-1(a), both sets of University Defendants (Trustees of Indiana University and Trustees of Purdue University), hereby notify the Court of an initial 11-day extension of time to respond to the Requests for Production of Documents that Plaintiffs served upon each set of University Defendants. University Defendants show the Court as follows:

1) the deadline to respond to such Requests for Production has not previously been extended;

2) University Defendants' responses to such Requests for Production are currently due on or before January 10, 2025. With the 11-day extension, such responses will now be due on or before January 21, 2025;

3) the extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by Court order; and

4) counsel for University Defendants has conferred with counsel for Plaintiffs and counsel for Intervenor, and they have agreed to this extension of time.

| | |
|---|---|
| Dated: January 10, 2025 | Respectfully submitted,<br><br>*s/ Dylan A. Pittman*<br>John R. Maley<br>Dylan A. Pittman<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204<br>Telephone:   317.231.7464<br>Facsimile:    317.231.7433<br>Email:           jmaley@btlaw.com<br>                      dpittman@btlaw.com<br><br>*Counsel for Trustees of Indiana University and Trustees of Purdue University* |