UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAVID MCDONALD, *et al.*, | ) |
| | ) |
| Plaintiffs, | )  1:24-cv-1575-RLY-CSW |
| | ) |
| v. | ) |
| | ) |
| TRUSTEES OF INDIANA UNIVERSITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**Second Notice of Amendment to Previously Submitted Evidence**

Plaintiffs, by counsel, hereby notify the Court that the policy previously submitted to the Court entitled "Performance Reviews for Tenured, Tenure-Track, Clinical/Professional and Research Faculty, Interim (S-4)" (Dkt. 36-7) has been amended and is no longer designated as "interim". The amended and currently effective policy is attached to this notice as Exhibit 1 and is available online at https://www.purdue.edu/policies/academic-research-affairs/s4.html.[1]

The amended policy's material terms are substantially the same as the "interim" policy, and the document attached to this Notice as Exhibit 2 indicates the revisions using Microsoft Word's "compare documents" tool.

---

[1] The Court may also take judicial notice of this document as a matter of public record. *Palay v. United states*, 349 F.3d 418, 425 n.5 (7th Cir. 2003); *see also Qui Yun Chen v. Holder*, 715 F.3d 207, 212 (7th Cir. 2013) ("A document posted on a government website is presumptively authentic if government sponsorship can be verified by visiting the website itself.").

[1]

Stevie J. Pactor
Kenneth J. Falk
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
spactor@aclu-in.org
kfalk@aclu-in.org
grose@aclu-in.org

Attorneys for Plaintiffs