# Performance Reviews for Tenured, Tenure-Track, Clinical/Professional and Research Faculty (S-4)

Standard: S-4

Responsible Executive: Executive Vice President for Academic Affairs and Provost

Responsible Office: Office of the Provost

Date Issued: April 1, 2017

Date Last Revised: June 30, 2025

## Table of Contents

**Contacts**

**Individuals and Entities Affected**

**Statement of Standard**

**Responsibilities**

**Definitions** (defined terms are capitalized throughout the document)

**Related Documents, Forms and Tools**

**History and Updates**

**Appendix**

## Contacts

### Policy Clarification

| Title/Office | Telephone | Email/Webpage |
| --- | --- | --- |

| | | |
|---|---|---|
| Vice Provost for Faculty Affairs | 765-494-9709 | **Faculty Affairs Team (https://www.purdue.edu/academics/faculty-affairs/team.html)** |

## Campus Specific Questions

| Title/Office | Telephone | Email/Webpage |
|---|---|---|
| PFW Vice Chancellor for Academic Affairs | 260-481-6113 | **Academic Affairs Contact (https://www.pfw.edu/offices/academic-affairs/about/contact)** |
| PNW Vice Chancellor for Academic Affairs | 219-989-2446 | **Vice Chancellor Bio and Contact (https://www.pnw.edu/leadership/vcaa/)** |
| Vice Provost for Faculty Affairs | 765-494-5425 | **Faculty Affairs Team (https://www.purdue.edu/academics/faculty-affairs/team.html)** |

# Individuals and Entities Affected

- Department/school heads

- Tenured faculty members
- Tenure-track faculty members
- Clinical/professional faculty members
- Research faculty members
- All faculty involved in the process of reviewing tenure, tenure-track, clinical/professional and research faculty

## Statement of Standard

As an institution committed to excellence, it is necessary that Purdue University maintain a regular performance review process to assure, support and sustain the highest possible degree of excellence among our faculty. The objective of the review is to identify individual strengths, weaknesses and opportunities in the mission areas of discovery, learning and engagement and to facilitate communication between academic heads and faculty. The performance review is an opportunity for faculty to update heads on activities and goals and for heads to discuss larger unit needs with faculty. The process is also expected to identify rising leaders and potential barriers to success and to provide mentoring opportunities.

Performance reviews will be conducted in accordance with this standard for the following types of faculty members:

1. Tenured and Tenure-track faculty as defined in the policy on **Academic Tenure and Promotion (I.B.2) (ib2.html)**, as amended or superseded.
2. Clinical/professional faculty members as defined in the policy on **Clinical/Professional Faculty Appointment and Promotion (VI.F.10) (../human-resources/vif10.html)**, as amended or superseded.
3. Research faculty members as defined in the policy on **Research Faculty Appointment and Promotion (VI.F.8) (../human-resources/vif8.html)**, as amended or superseded.

## Review Requirements

In collaboration with the dean of the college/school, or Senior Vice Provost for Indianapolis, as appropriate, each department/school/division head/chair will develop a performance review process of all faculty in the head/chair's unit that includes annual written feedback for assistant and associate professors and written feedback for full professors at least once every three years. This process will be based upon a required report submitted by the individual faculty member at the same interval. The performance review and faculty member report will encompass a broad range of activities and may contemplate annual or multi-year goals. Activities will be weighted in keeping with the role and responsibilities of individual faculty members.

In accordance with Indiana law, the assessment will include consideration of the following:

1. Has the individual exposed students to scholarly works from a variety of political or ideological frameworks that may be within and applicable to the given academic discipline?
2. Has the individual refrained from subjecting students to views and opinions concerning matters not related to the discipline or assigned course of instruction?

For tenured faculty, the assessment will take into account the staffing needs of the institution and will measure the faculty member's productivity, to include, at a minimum:

1. The faculty member's teaching workload.
2. The total number of students the faculty member teaches at the undergraduate and graduate levels.
3. Time spent on instructional assignments and on overseeing graduate students.
4. The research and creative scholarship productivity of the faculty member.

Unsatisfactory performance will result in the faculty member being placed on probation, the development of an appropriate performance improvement plan, and may lead to other appropriate disciplinary action.

A description of the process must be approved by the Provost or Vice Chancellor for Academic Affairs, as the case may be, and the dean of the college/school or Senior Vice Provost for Indianapolis, as appropriate, and made available to the faculty through a medium such as the department or school intranet site.

A useful performance review is one that entails a rigorous assessment of all professional activities and responsibilities. A unit's review may include comparisons to normative department/school/college expectations, assessment of progress toward annual or multi-year goals and aspirations, and identification of professional development activities for the upcoming year(s).

Feedback gathered from the analysis developed annually by the unit's associated Primary Committee may be considered in the performance review for assistant and associate professors.

# Responsibilities

**Provost**

- Administer this standard.
- Provide relevant information on tenured faculty reviews to the Board of Trustees for compliance with state laws.

**Provost and Vice Chancellors for Academic Affairs**

- Review, update and approve associated procedures and criteria, as necessary and with appropriate input.
- Monitor progress of tenure-track, clinical/professional and research faculty as reported by deans and Senior Vice Provost for Indianapolis.

**Deans and Senior Vice Provost for Indianapolis**

- Collaborate with heads/directors to design policies and procedures for review within the faculty ranks.

- With the Provost or Vice Chancellor for Academic Affairs, as the case may be, approve the final version of the unit policies and procedures.

**School/Department/Division Head/Chair**

- Assume responsibility for the professional development of faculty.
- Assure compliance with this standard and approved college, school and departmental policies and procedures.
- Conduct performance reviews regarding progress toward individual and unit goals based on criteria determined by the department faculty with written feedback (annually for assistant and associate professors and not to exceed three years for full professors).

**Faculty Member under Review**

- Submit a report for review by department/school/division head/chair in accordance with the requirements of this standard and deadlines outlined by the department/school.

# Definitions

All defined terms are capitalized throughout the document. Additional defined terms may be found in the central **Policy Glossary (../glossary.html)** or in the policies referenced in the Related Documents, Forms and Tools section below.

# Related Documents, Forms and Tools

This standard is issued in support of the following policies, as amended or superseded:

- **Clinical/Professional Faculty Appointment and Promotion (VI.F.10) (../human-resources/vif10.html)**
- **Research Faculty Appointment and Promotion (VI.F.8) (../human-resources/vif8.html)**

- **Terms and Conditions of Employment of Faculty Members (B-50) (../human-resources/b-50.html)**

Additional related policies:

- **Academic Freedom, Responsibilities, and Tenure, and Procedures for Termination for Cause (B-48) (../human-resources/b-48.html)**
- **Academic Tenure and Promotion (I.B.2) (ib2.html)**

# History and Updates

June 30, 2025: Productivity requirements for tenure/tenure track faculty added, along with consequences for unsatisfactory performance. Included reporting responsibility for the Provost.

December 2, 2024: Included reference to Senior Vice Provost for Indianapolis throughout. Updated section on Review Requirements to include specific criteria and additional approval of the process.

April 1, 2017: This is the first standard to address this issue.

# Appendix

There are no appendices to this standard.